# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CHRISTOPHER LOVE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   No.   2:19-cv-00445-GZS |
| | ) |
| ROYAL FLEET AUXILLARY, | ) |
| | ) |
| Defendant | ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 3) filed December 23, 2019, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff may proceed *in forma pauperis*; however, Plaintiff's complaint (ECF No. 1) is **DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) as barred by the principles of *res judicata*.

 /s/ George Z. Singal
United States District Judge

Dated this 21st day of January, 2020.